

FILED
CLERK, U.S. DISTRICT COURT
03/03/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___E.C.___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 8:25-cr-00026-FWS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [26 U.S.C. § 7203: Willful Failure to Pay Tax] |
| MANUCHEHR KHOSHBIN, | |
| Defendant. | |

The Acting United States Attorney charges:

[26 U.S.C. § 7203]

During the calendar year 2017, defendant MANUCHEHR KHOSHBIN had and received taxable income of $7,163,049, on which taxable income there was owing to the United States of America an income tax of $1,380,932.  Defendant KHOSHBIN was required by law to pay such tax on or before October 15, 2018, to any person assigned the responsibility to receive payments at the IRS Service Center in Fresno, California, or to any other proper officer of the United States.  Well knowing all of the foregoing, on October 14, 2018, in

the Central District of California and elsewhere, defendant KHOSHBIN willfully failed to pay the income tax due for calendar year 2017.

JOSEPH T. MCNALLY
Acting United States Attorney

*Lindsey Greer Dotson*

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

ANNE C. GANNON
Assistant United States Attorney
Chief, Orange County Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Orange County Office