**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MANUCHEHR KHOSHBIN,<br><br>  Defendant. | Case No. 8:25-cr-00026-FWS<br><br>**ORDER RE UNOPPOSED EX PARTE APPLICATION TO CORRECT DOCKET [21]** |

Having reviewed and considered the *Ex Parte* Application to Correct the Docket [21] ("Application"), filed by Defendant Manuchehr Khoshbin, the files, records, and docket of the case, the applicable law, and for the good cause demonstrated in the Application, the court **ORDERS** the following:

  The clerk of the court is directed to amend the docket sheet in the above-captioned case to reflect that the "**Highest Offense Level (Opening)**" is a "Misdemeanor."

**IT IS SO ORDERED**.

Dated: April 30, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE