Bram M. Alden, Cal. Bar No. 272858
balden@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400 Los Angeles, CA 90014
Telephone: (213) 788-4215 Facsimile: (888) 866-4825

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 8:25-cr-00026-FWS |
| v. | |
| MANUCHEHR KHOSHBIN, | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

1) Defendant Manuchehr Khoshbin's Unopposed Ex Parte Application for Leave to File Sentencing Materials Under Seal; Declaration of Bram M. Alden; and

2) Defendant Manuchehr Khoshbin's Sentencing Memorandum [with Exhibits 1-4]

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

7/10/2025
Date

/s/ Bram M. Alden
Attorney Name

Manuchehr Khoshbin
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING