BILAL A. ESSAYLI
United States Attorney
JENNIFER L. WAIER
Assistant United States Attorney
First Assistant United States Attorney
Assistant United States Attorney
California Bar Number: 209813
    312 N. Spring Street
    Los Angeles, California 90012
    Telephone: (714) 338-3550
    E-mail:   Jennifer.Waier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. SA CR 25-26-FWS |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO PRESENTENCE REPORT |
| v. | |
| MANUCHEHR KHOSHBIN, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, Jennifer L. Waier, having received and reviewed the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Presentence Report for defendant Manuchehr Khoshbin, submits the
2 | government's response to the Presentence Report.
3 | Dated: July 10, 2025                    Respectfully submitted,
4 |                                          BILAL A. ESSAYLI
  |                                          United States Attorney
5 |
6 |                                          *Jennifer L. Waier*
  |                                          JENNIFER L. WAIER
7 |                                          Assistant United States Attorney
  |                                          Attorneys for Plaintiff
8 |                                          United States of America

Defendant Manuchehr Khoshbin pleaded guilty to a single-count information charging defendant with violating 26 U.S.C. § 7203, a misdemeanor.

The Probation Office has determined that defendant's Total Offense Level with acceptance of responsibility is 15 and Criminal History Category is I.  Thus, the advisory sentencing guideline range is 12 months' imprisonment.  The government agrees with the Total Offense Level and Criminal History Category calculation in the Presentence Report ("PSR").

Accordingly, in accordance with the Plea Agreement and the PSR, the government requests that defendant receive the following low-end sentence: a one-year term of probation under the conditions specified in the PSR.  Defendant should also be ordered to pay a $25 special assessment and $1,380,932 in restitution.

This sentence is consistent with the applicable factors delineated in 18 U.S.C. § 3553(a) and therefore is just punishment as it instills the seriousness of the committed offense.