UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACR 25-00026-FWS | Date | July 24, 2025 |

Present: The Honorable  FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Rolls Royce Paschal | Deborah Parker | Jennifer L Waier |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Manuchehr Khoshbin | X | | X | Bram M Alden | X | | X |
| | | | | Steven R Toscher | X | | X |

**PROCEEDINGS:    SENTENCING**

Sentencing hearing held.   See separate Judgment and Commitment Order.

                                                                    :    35

Initials of Deputy Clerk  rrp

cc: